# Court of Appeals
# of the State of Georgia

ATLANTA,   July 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0457.  MACK HENRY LOTT v. RALPH KEMP, WARDEN, et al.**

In this application for discretionary appeal filed on June 6, 2012,[1] Mack Henry Lott seeks review of either the trial court's order of June 16, 2011, dismissing his complaint pursuant to OCGA § 42-12-7.2, or its order of September 30, 2011, in which the court dismissed a document filed by Lott that it construed as a notice of appeal. We, however, lack jurisdiction.

Because Lott was incarcerated when he filed his action, his appeal is controlled by the Prison Litigation Reform Act of 1996, which requires that an appeal of a civil action filed by a prisoner "be as provided in Code Section 5-6-35." OCGA § 42-12-8. However, to be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because this application was filed 356 days after the entry of the order dismissing Lott's complaint and 250 days after the order dismissing Lott's notice of appeal, it is untimely as to both orders, and we lack jurisdiction to consider it. See *Hill*, supra. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Lott initially filed his application in the Supreme Court on June 6, 2012, which transferred it to this Court.